## CHRISTOPHER HARTSOUGH *versus* ADELAIDE BRUSH, EXECUTRIX, ETC., OF ELIJAH BRUSH, DECEASED

JOURNAL ENTRIES (1822–23): *Journal 3:* (1) Time for filing declaration extended *p. 357; (2) jury trial, verdict, motion for new trial *p. 449; (3) judgment *p. 466.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) precipe for process in county court; (4) declaration, plea of non assumpsit, bill of particulars; (5) verdict; (6) satisfaction piece.

*1822–23 Calendar*, MS p. 31. Recorded in *Book B*, MS pp. 255–58.

## AUSTIN E. WING *versus* EBENEZER HURD

JOURNAL ENTRIES (1822–23): *Journal 3:* (1) Time for filing declaration extended *p. 358; (2) bill of particulars required *p. 371; (3) continued *p. 446; (4) rule for judgment *p. 451; (5) judgment *p. 466.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) recognizance; (4) bail piece; (5) declaration; (6) demurrer; (7) joinder in demurrer; (8–9) agreements for entry of judgment; (10) precipe for execution fi. fa.; (11) writ of fi. fa. to coroner and return.

*1822–23 Calendar*, MS p. 32. Recorded in *Book B*, MS pp. 259–62.